Good morning. Are you Mr. Rodriguez, sir? Yes, Your Honor. All right. This matter is before the court on your application because you were subjected to the automatic disbarment of the provisions of the disciplinary rule upon the disbarment in Virginia, and you want to be reinstated. Let me say this to you about the proceedings. You had filed some papers with the court, and in the papers, you indicated that, oh, by the way, the other judges are Judge Fisher, who's on video conference, and Judge Ambrose is here, and of course, I'm Judge Greenberg. Good morning, everyone. Good morning to you, sir. You had filed some papers that indicated you wanted relief beyond the simply granting reinstatement, more or less in a mandamus. Why don't you come up to the podium, sir? More or less in the nature of a mandamus. But, Mr., you were advised by the court that by reason of the fact that there was a $450 filing fee with that, that those matters really weren't proceeding. And as far as, to the best of my knowledge, that fee was never paid. Is that right? Yes, Your Honor. The yes being it wasn't paid. I'm sorry. It was not paid. All right. So the only thing pending here, which is certainly something we hear, the other matters are really just lodged but not filed by the question of the reinstatement. So I just wanted to get that clear, sir. All right. We'll hear you on that, sir. All right. Good morning. Good morning. I may please the court. I'm Isidore Rodriguez. Pursuant to the Fifth Amendment of the United States Constitution, the Void Order Doctrine, I'm petitioning for reconsideration of this court's automatic revocation of my right to practice before it. In summary, without notice and hearing, this court revoked my license based on the illegal void order issued by the Virginia State Bar Disciplinary Board and affirmed by the Supreme Court of Virginia. The facts in detail are cited in my brief that I filed in July of 2008, but I will summarize them because they're worth noting. My license was revoked in retaliation for my petitioning Congress and litigating to secure my federal statutory rights under the treaty and under the Virginia Code to compel the Department of State and Department of Justice and their independent contractor to secure the visitation rights of my then 14-year-old son back to the United States. As a caveat, my son was illegally taken out of the United States as a U.S. citizen and returned to the Republic of Columbia, although at that time the Republic of Columbia was both and still is considered too dangerous for United States citizens and there was a high risk of kidnapping. In furtherance of this criminal conspiracy in violation of 18 U.S.C. 241, 242, and 1513, there was an enterprise to essentially deprive me of my right to employment as an attorney in retaliation to punish me, in effect. To this end, Mr. Eric Holder, the law firm of Covington and Burley, the law firm of Procker Rose, from the District of Columbia, first contacted the Committee on Admission for the D.C. Bar to investigate me and then subsequently the Virginia State Bar to investigate me. The D.C. Bar found that I, being a member of the federal courts, I was not a violation of their rules. However, the Virginia State Bar began an investigation of me beginning in 2003 and running until 2006 when a hearing was held outside of their administrative authority, which is cited in the actual statutes and regulations which restricts the Virginia State Bar to an administrative arm of the Virginia Supreme Court. A hearing was held in violation of that Virginia code and my license was revoked for litigating to enforce my federal statutory rights. There's obviously a number of problems with that, not the least of which is the clear criminal violation of punishing somebody for enforcing their federal rights. In addition to that, the Holder, et al., contacted my former client, or my client, who had been managing a lawsuit against the Republic of Columbia for treasure trove sunk off the coast to file a complaint because I was litigating to enforce my Virginia-perfected statutory lien. In other words, I had a federal right and I had a Virginia statutory right, which under the Rules Enabling Act was supposed to have been enforced by the federal court because it was a substantive property right. There were 12 years I had worked against the Republic of Columbia, and so a significant amount of money was owed to me. On December 15th of 2006, subsequent to the Virginia State Bar revoking my license, I had notified all the courts and requested a show-courts hearing based on the void order doctrine. That is, under the Constitution of Virginia and under the Virginia code, the Virginia State Bar had no authority as a court of record and had no authority to revoke anyone's license. And the Supreme Court of Virginia was specifically restricted and prohibited, both under the code as well as the Constitution of Virginia, for delegating any authority. The only body under the Constitution of Virginia that can give judicial authority is the General Assembly by creating courts of records. You appealed from that decision, and did you raise it to the Supreme Court of Virginia? Yes, I did. I raised it both to the Supreme Court, I raised it to the Virginia State Bar, noting that the procedure that the Virginia State Bar had in place was illegal. And that was noted, but apparently the Virginia Supreme Court must not have agreed with you because they affirmed it. They simply said that they didn't say anything on the issue of my challenge to that jurisdictional issue, the substantive jurisdiction. They simply just affirmed that the Virginia State Bar, or excuse me, the Virginia State Disciplinary Board had rights. And they affirmed it. They did not go into any issue of the merits as to the underlying constitutional and Virginia code statute. That subsequently went to a petition for cert to the Supreme Court, who also affirmed it. Now you have to understand... Did they affirm it or deny cert? I'm sorry, they denied cert. They effectively affirmed by denying cert, they essentially affirmed what the Supreme Court of Virginia had done. They would tell you they didn't. They would tell you there's a distinction. I understand that, Your Honor. I've argued before the Supreme Court, and I've won cases before them. And part of this is that because I have been an aggressive litigation attorney for civil rights over the last 30 years, I have been thumping my chest, particularly over the last 20 years, against the Department of Justice's violation of rights, particularly of Hispanics. And one of the issues that when they took my son out of the country, I filed a motion first with Justice, then Justice Rehnquist, to stay because they were taking a U.S. citizen out of the United States. And I had never heard of that. My 13-year-old son wanted to stay in the United States with his father because of the dangers and plus the opportunities here. When that was denied, I filed an immediate motion to then-Associate Justice Sandra O'Connor, and she granted the stay. And I know that beginning in roughly about 1990, when I was litigating against the abuses of the Department of Justice, a lot of people were very angry. And in fact, when I argued the case in the Supreme Court in 1995, Martinez v. Leonardo and DEA, excuse me, the issue was essentially that they were not accustomed to having someone say, you do not have absolute immunity and you cannot act in violation of the Constitution. And it was noted by the clerk I was the only American lawyer who lived outside the United States and was litigating in federal court. And I know, I know because people had told me that I was being, I go to court on tax cases, and people would ask me immediately if I was a U.S. citizen. I'd just like to make the point very clearly. My father served in World War I. My uncle served in World War II. I served in Vietnam. And to me, to have my son taken out of the United States is abhorrent. But not only is it abhorrent to me, because I don't have the ability to fight, but the thousands of people that were affected by this. In any case, returning back to the issue, I then requested all of the federal courts to provide me a show-course hearing because the void order was in violation of Virginia law. Void. Null and void. And it had no right to impact me. And since 2006, I've been denied employment as an attorney. I've been denied unemployment compensation based on void orders. And that's the essential reason why this has to be vacated. Do you know, though, that this court and a federal court cannot tell, we are bound by the rulings of a state Supreme Court as to what the law is of that state. And this comes up regularly in diversity cases, which we hear quite a few of. In other words, the Pennsylvania Supreme Court will make a ruling, and we're not bound by the Superior Court, which is the intermediary appellate court. But we are bound. And we can't say that the Supreme Court of Pennsylvania is wrong on Pennsylvania law. If they're violating due process of the Constitution. Well, that's a different issue. As to the meaning of Pennsylvania law. Well, it's not only Pennsylvania law, Your Honor. When we took oaths to become attorneys, and when you all took oaths as judges, and if you were in the military, when you took oaths as servicemen, you all swore to defend the United States Constitution, which is the supreme law of the land. The Virginia Supreme Court cannot create laws that violate fundamental rights. And what has happened here is because of the fact that I litigated as a father under federal treaty to defend my rights and my son, I have been punished by the lynchpin, although it was a very weak lynchpin, of the Virginia Supreme Court and the Virginia State Bar revoking my license. Now, the court is revoking my license based on that order. They cannot deny me due process by not looking at behind it. I mean, that would be the same as if McDonald's Food issued an order saying, you no longer can practice law. Well, that's fine, except McDonald's Food doesn't have that authority. And that is where the problem lies. I know that you tried to get the United States Court of Appeals for the Fourth Circuit to grant you mandamus against them, but that was denied? I have a hearing tomorrow, I'm sorry, the 25th, Thursday, with the Fourth Circuit. After two years of my petitioning them for a show court hearing, I also have filed, as you may be aware, a petition for writ of mandamus to the United States Supreme Court. Well, you just sent some papers in on that. Pardon me, Your Honor? You sent some papers very recently. On the latter, yes, asking the Supreme Court, because both the District of Columbia Circuit as well as the Fourth Circuit, under the purview of Chief Justice Roberts, who made false statements to Congress at his confirmation hearing, has failed to act to protect me from an ongoing criminal conspiracy. Now, I've been practicing 33 years. Did those statements involve you? Yes, Your Honor. Yes, because you see, the lawsuit that I had filed was for two facets. In 2003, I filed the lawsuit to, number one, compel the United States Department of Justice and the United States Department of State to comply with their treaty obligations and implement the treaty. And number two, pursuant to that, to secure my son's return to the United States under the treaty for visitation rights. Instead, what happened was that Justice Richard W. Roberts, District Judge, sat on the case for two years, from 2003 until March of 2005, when my son became 16 years old, and then summarily said that the case was moved because my son was 16. However, under the Virginia UCCJEA, and this was confirmed by decision in 2006, also by the Fourth Circuit in a different case, held that the Virginia courts had jurisdiction until he was 18 to provide for visitation. In fact, which is cited in the brief that I've supplied, in Canterbury, Canada, the Fourth Circuit held that the State Department and the courts of Virginia were responsible for secure international visitation. To cite that, my rights as a father were obstructed with. My son now is in his sophomore year at Virginia Tech. He's come up. There was no successful attempt to alienate my affection because he knew I was fighting for him. But the issue is that there has been substantial violations of my rights, both as a father and as an attorney, that the federal court cannot simply say, well, our basis of diversity of jurisdiction here is that we can't do anything with Virginia. That's not true. Virginia came in here and said to you all, we have an order that revokes Rodriguez's license, and you all have got to comply with that order. Well, the only problem is that the order is void. It is issued by an entity that has no judicial authority, and it was affirmed. And I've gone through the whole void order, and I can cite them. The fact is, and I will very simply say it, an attorney is an officer of the court for life whose office cannot be taken from him except for cause established by due process of law, as is clearly established by the Fifth Amendment to the U.S. Constitution. The right to contract and to engage in the profession and to engage in any of the common occupations of life where a person's good name, reputation, honor, integrity is at stake because that government is doing it to him, notice and opportunity to be heard are essential to be deprived not only of the present employment but the future employment, for it certainly is no small injury. The Supreme Court has held that an invalid void order, NIF, is a void judgment and no judgment without any legal effect. And what has happened is for two years, legal effect has been given to a void decision by a non-judicial body. Well, let me ask you this question. There must be, I don't know how many disbarment proceedings in Virginia, but obviously yours is not the only one. In other cases, do they use the same procedure? Well, there was a decision in 2003 where an attorney raised the issue that he wanted to appear before the court. And the Supreme Court of Virginia essentially circumcised the statute by deleting the first sentence of the paragraph that says, and it's in the appendix and in the addendum at page D, which prohibits the Supreme Court of Virginia, 3915, notwithstanding the foregoing provisions of this article, the Supreme Court shall not promulgate rules and regulations prescribing a code of ethics governing the professional conduct of attorneys which are inconsistent with any statute. They took out that sentence. And then they went on and said that we have created a system and you will follow that system. But is the system used, so it is the, they didn't single you out then. No, the system is entirely void. But the system is used all the time in Virginia. No, apparently what happens is that lawyers who are guilty of culpable action go to some bar attorney who is knowledgeable about the system and they continue within the process of the system. Let's assume for the moment you're right. And the Virginia Supreme Court has disbarred you effective October of 2006. You were disbarred, then you appealed it to the Supreme Court and then you asked for certiorari to the United States Supreme Court, which is exactly what you're supposed to do. That, in effect, they've affirmed it, as you've said. We can't do anything about that because of the Rooker-Feldman Doctrine. You can't appeal to an intermediate court of appeals, especially in another jurisdiction with regard to something that's been done in the state court in Virginia. And you went through the right process and unfortunately for you, you weren't successful. What can we possibly do? Well, number one is reinstating me back to this court. That's number one, based on the board order document. The issue, the second issue of the violation of the Virginia Supreme Court and the Virginia State Bar is part of a RICO action that I have now going before the Supreme Court. But you agree that we can't say, especially after it's already been decided in this res judicata, we can't say as a Third Circuit that something that was done by a Commonwealth of Virginia in the Fourth Circuit was null and void? Well, I'm not certain of that. All I can say is this. I have been in violation of federal law deprived of my rights. As an idealist, but an idealist obviously with no illusion, I would expect to be protected both by the Department of Justice and those law enforcement segments which I filed criminal complaints over the last four years, or the courts. Now, the reality is, and this is a sad reality as a judicial branch, at least in the Beltway. Now, I don't expect the court to carry my order. I will do my own lifting. The issue is, before this court, the initial issue is my right to be reinstated based on the void order doctrine and the Fifth Amendment. Because the void order doctrine says very clearly if a court has no jurisdiction and has acted outside of authority, we're not even talking about a court. We're talking about an administrative body who has been given authority under an illegal system. But again, let's assume you're right. What can we possibly do other than entertain a reinstatement petition? I guess that's the only thing. If that is what the court believes, there's nothing else. In fact, that's the only thing you had before us, as I recall at the outset here. Is that correct? That is what's before you now. I've been in court for almost two years. I don't have the $450 that's issued to Rhythm and Damon. But that being that apart... Are you eligible to practice before any federal court right now? Yes, I'm still a member of the Fourth Circuit, the Second Circuit, the Federal Circuit, the D.C. Circuit, the Tax Court. And I've asked all of them for the last two years to provide me with an immediate show-course hearing because this is impacting my right to employment. So you're appearing before the Fourth Circuit on the 25th? The 25th. And they... I'm sorry. Go ahead. They, the Eastern District of Virginia, where I was a member, they automatically did revoke my license also. I filed a TRO to prohibit that based on this Snelling ruling that they had to give me notice and the opportunity to be heard. When did you practice law in this court? I had papers here in 95 or 96. Close. So it appeared to us in examining the court records that you had not practiced at any time in this court after the Virginia proceedings. No, Your Honor. It's been quite a few years. That's what we thought. Actually, when I went down to Columbia, I went down to Columbia as general counsel for a construction project and handled this issue dealing with the treasureship. And then came up here for various cases dealing with... against the Department of Justice. In any case, there was one case, a couple of cases I had here in the Sixth Circuit. But then after that in trying to enforce my attorney's name, which apparently under Virginia there's a Hispanic exception also that I can't get a perfected attorney's name enforced. That's what I've been fighting because it's a considerable amount of money for 12 years that I served a client, an American client. Thank you. Mr. Rodriguez, can I ask you a question? You said you filed papers in 95 or 96 in our court. Did you ever seek formal admission in our court? Yes, Your Honor. I've been a member of the court since I think 93. In what case? Go ahead, Judge Fisher. I'm sorry. I hadn't seen that from the records and I just wanted to clarify that. So you were formally admitted you think around 1993? In my cover letter I think it was around March of 93. There were a number of cases I was handling out of the Second Circuit that also was in the Third Circuit. Around the same time I was admitted both to the Second and Third Circuit on appellate cases. Are you admitted Thank you. I'm sorry. I said thank you. Are you admitted sir to the State Bar anywhere at this point than to any state's bar? The only bar is I am currently admitted in good standing in the United States Supreme Court the Fourth Circuit the Second Circuit the Federal Circuit the District and the United States Tax Court. Now we don't administer bar exams and the admissions here are always reciprocal to admissions in other courts and traditionally a person's admitted in Pennsylvania can be admitted somewhere else anywhere and they submit papers to this court a certificate of good standing you know from the other state. What what was the court on which you relied for admission here? Your admission to what court? Virginia State Bar since 1982. So you applied here on the basis of your admission to Virginia. Good standing Your Honor. You were in good standing when you were admitted here in Virginia. From 1982 until the void order of 2006 I've been an active member of the Virginia State Bar. And you're not a member then of the State Bar anywhere else? No Your Honor. My practice as I noted was unique it was in South America representing non-resident aliens here in fact that was one of the reasons why I wanted to be admitted to the District of Columbia as you know the venue for non-residents who have no contact with the United States is in the District of Columbia. Let me ask you this sir. We have massive papers here which I've gone through and read them. And one of the papers dealt with a pending proceeding in which there were proceedings charging you with the unlawful practice of law at this point in Virginia. What ever happened to those? Nothing Your Honor. The issue was that when I wrote to the General Assembly of Virginia requesting an investigation and impeachment of the Supreme Court of Virginia for violating of the Constitution and Statute on the letterhead that I submitted it said that member of the Virginia State Bar since 1982 I noted in my response to the Virginia State Bar that my letterhead had been created but if they wish to go forward I'd be glad to go to any jury trial. Now that's the other issue. I have been denied in all of my civil actions access to a jury based on the evidence of what is going on here. I smile because I'm too big to cry because I am 63 years old. I've been working for two White Houses. I've gone to war. I have argued for the Supreme Court. But the tragedy of what is going on in this issue doesn't only affect me. It affects our very foundation of our republic because the independence of an independent legal attorney system is being violated. Any lawyer effectively who sues to enforce his federal rights could have his license taken away. Why did the I read of course the proceedings of the discipline committee in Virginia and what was the reason that wasn't the reason they gave though for despairing you? Yes it was. They now decided there were two bar complaints that were filed by the department of justice filed one bar complaint for my litigating aggressively under the treaty. They also then contacted my former client who filed a bar complaint for my litigating to enforce my Virginia attorney's limit. In reading those two decisions what they said was they didn't discuss the statutory rights they just simply said because of my aggressive litigation that my license was being revoked. That was the reason. Both to enforce my perfected Virginia when I say perfected in 1990 after I filed lawsuit or managed a lawsuit to sue the Republic of Columbia on behalf of the U.S. company's interest for treasure trove that was found in 1982. I went to the Virginia bar because the first contract was hourly contract I went to the Virginia state bar to get authorization to sue my client because they were not aware that my duty as a member of the Virginia state bar was anywhere I was in the world. Based on that I filed a letter to the state of Washington and my client changed it from an hourly to a contingency. Under Virginia state law a local Columbia council raised the percentage of his fees. You don't raise 0% to 20% because it's still 0%. What it is I don't know because I can't get access to impartial court to get my fees enforced. If you read the two decisions there is no taking advantage of the federal and state statutory rights. The implication is far reaching. For the last seven years in order to pay my life bills I took contract attorney positions to do mergers and acquisitions and I couldn't understand why they were so insipid. Why they were not fired up. We've got this transaction law. We don't have any longer litigators. You filed these papers quite recently with the Supreme Court of the United States. I read them. I assume you haven't gotten any response from that so quickly. It was docketed and the solicitor general was supposed to respond by the 19th of October. So that's still pending? Yes, Your Honor. All right. We have your argument. Is there anything else you want to present? You know what's in the record because Mr. Baldus sent you a letter I think. Yes, Your Honor. The only thing I guess to underscore is that the entire system, I've only cited part of the procedure, the two first sections, but the procedure that was enacted by the Virginia General Assembly with regard to the revocation of attorney's license, and there's a site there dealing with a 1923 decision where the Supreme Court noted that they didn't have authority to affect throughout the state, and so the Virginia General Assembly, and I cited the law review article that talks about it, passed this statute specifically to give courts a record the ability to revoke an attorney's license. Oh, I had one other question I forgot which I intended to ask you. You filed a petition with the Virginia legislature seeking the impeachment of the Supreme Court of Virginia. Investigation impeachment, yes, Your Honor. Yes. What became of that? Politics, Your Honor. I also made a presentation to the Fairfax County members of the General Assembly in January of this year, pointing out that what is going on is a usurping of the powers of the General Assembly by the system. But again, nothing has occurred. I plan on reinitiating that next month. I have two petitions for cert to be filed this week and at the end of the month. In between those two petitions, I will bang the doors on the legislature of the General Assembly as well as Congress. This issue has far reaching implications. Do you have anything else you want to say? Thank you. Let me tell you what happens now. This committee will make a report and recommendation. This is a panel. Here is the matter preliminarily. We make a report and recommendation to the court. When I say the court, by that I mean the active judges of this court. Which, by the way, I am not one. The rules provide that a senior judge can be on this committee and I am. We will make a report and recommendation. Before we make the report and recommendation, we send it to you. If you don't accept it or have to file exceptions. The record plus the report and recommendation and any exceptions, if any, go to the active judges of the court. That is what it means. It is only the active judges of the court that finally make the decision in this matter. We are serving as a  I think we will be on that. That will conclude the proceedings. Thank you for coming, sir. Thank you. Judge Fisher, should we call perhaps people can evacuate the courtroom. No one else. So we can discuss Judge Fisher. Maybe someone who is in charge of the machine can wait     Thank you very much. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you.